UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUNTERS GLEN
CONDOMINIUM ASSOCIATION,

   Plaintiff,

vs.

STATE FARM FIRE AND
CASUALTY COMPANY,

   Defendant.

CASE NO. 3:23-cv-00077

Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## **STIPULATION OF DISMISSAL**

Plaintiff and Defendant, by and through counsel, state that they have settled all of Plaintiff's claims against Defendant in the within case. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the within case and all claims asserted in this action by the parties signing this agreement, by virtue of any and all pleadings filed herein, and all potential claims of all parties signing this agreement that could have been asserted in this action, are the parties request this matter be DISMISSED with prejudice. Each party to bear its own costs. Respectfully submitted:

*/s/ Timothy D. Johnson via 05-04-25 email*
Timothy D. Johnson (0098515)
SMITH JADIN JOHNSON, PLLC
7900 Xerxes Avenue, Suite 2020
Bloomington, MN 55431
Telephone: (952) 388-0289
Facsimile: (612) 235-7927
tjohnson@sjjlawfirm.com
*Attorney for Plaintiff*

*/s/ Lori E. Thomson*
Lori E. Thomson (0083739)
Gallagher, Gams, Tallan, Barnes and Littrell, LLP
471 East Broad St., 19th Floor
Columbus, OH 43215
(614) 228-5151  Fax (614) 228-0032
lthomson@ggtbl.com
*Attorney for Defendant*
*State Farm Fire and Casualty Company*